FILE COPY



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-13-00171-CV

ROSS MANDEL AND LEA MANDEL                                    APPELLANTS

V.

LEWISVILLE INDEPENDENT                                        APPELLEES
SCHOOL DISTRICT; COUNTY OF
DENTON, TEXAS; AND CITY OF
PLANO

------------

FROM THE 431ST DISTRICT COURT OF DENTON COUNTY

------------

AND

## NO. 02-13-00412-CV

IN RE ROSS MANDEL AND LEA                                    RELATORS
MANDEL

------------

ORIGINAL PROCEEDING

------------

# ORDER

------------

We have considered "Constable Ron Smith's Motion to Quash Orders to Show Cause." The motion is **DENIED.** In ordering the trial court to conduct a show-cause hearing as dictated in our February 28, 2014 order, it is our intention that the trial court will rule on evidentiary matters that arise during the hearing while allowing for a full record for this court's consideration.

The clerk of this court is directed to transmit a copy of this order to the trial court judge, the trial court clerk, the attorney of record for each of the parties to the appeal and the mandamus action, the attorney who filed an amicus brief in the appeal, and the attorney of record for Constable Ron Smith.

DATED April 11, 2014.

PER CURIAM

PANEL: LIVINGSTON, C.J.; GARDNER and GABRIEL, JJ.